**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-7007**

---

WAYNE ALPHONSO THOMAS, JR.,

           Plaintiff - Appellant,

     v.

THOMAS MEYER, Warden; ROSS MAURICE, Asst. Warden; DICHELL WILLIAMS, Major of Security; DESIRE WATFORD, Unit Manager,

           Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, Senior District Judge.  (1:21-cv-01428-AJT-JFA)

---

Submitted:  May 30, 2024                          Decided:  June 3, 2024

---

Before GREGORY and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

---

Affirmed as modified by unpublished per curiam opinion.

---

Wayne Alphonso Thomas, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Alphonso Thomas, Jr., appeals the district court's order granting Defendants' second motion for summary judgment, dismissing his 42 U.S.C. § 1983 complaint for failure to exhaust administrative remedies, and denying his motion to strike. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order, *Thomas v. Meyer*, No. 1:21-cv-01428-AJT-JFA (E.D. Va. Sept. 21, 2023), but modify the court's order to reflect dismissal without prejudice. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*